IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

UNIVERSITY MEDICAL
CLINICS, INC.,

      Appellant,

v.

STATE OF FLORIDA, EX.
REL., DEPARTMENT OF
FINANCIAL SERVICES OF
FLORIDA IN RE: THE
RECEIVERSHIP OF QUALITY
HEALTH PLANS, INC.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0258

Opinion filed March 20, 2017.

An appeal from an order of the Circuit Court for Leon County.
Charles W. Dodson, Judge.

Richard H. Levenstein of Kramer, Sopko & Levenstein, P.A., Stuart, for Appellant.

No appearance for Appellees.

PER CURIAM.

      The Court has determined that the Order on University Medical Clinics, Inc.'s Claim Objection as to Class Priority is not a final order. Accordingly, the appeal is dismissed. Because an indeterminate amount of judicial labor is required

by the lower tribunal to determine the amount of appellant's claim, the Court declines to stay the appellate proceeding as requested by appellant in its response to the Court's February 20, 2017, order. See Demont v. Demont, 24 So. 3d 699 (Fla. 1st DCA 2009).

B.L. THOMAS, BILBREY, and JAY, JJ., CONCUR.